Theresa M. CHITTUM; Kenneth
E. Chittum, Plaintiffs—
Appellants,

and

Chimart Incorporated, d/b/a Five
Star Food Mart, Plaintiff,

v.

STATE AUTO INSURANCE
COMPANIES, Defendant—
Appellee.

No. 05–1524.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 30, 2005.

Decided Dec. 21, 2005.

McGinnis E. Hatfield, Jr., Bluefield, West Virginia, for Appellants. David K. Schwirian, Pauley, Curry, Sturgeon & Vanderford, Charleston, West Virginia, for Appellee.

Before LUTTIG, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Theresa M. Chittum and Kenneth E. Chittum appeal the district court's order granting summary judgment to Defendant and dismissing their civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Chittum v. State Auto Ins. Cos.,* No. CA–04–896–1 (S.D.W.Va. Apr. 20, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*